**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01422-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF12-12707-U**

## ORDER

Before the Court is relator's petition for writ of habeas corpus. Based on the Court's opinion of this date, we **DENY** relator's petition for writ of habeas corpus. We **DENY** as moot relator's motion for a five day extension of time to file his appendix in support of his petition for writ of habeas corpus. We **DENY** as moot relator's request for emergency temporary relief. Although we have considered relator's appendix in determining this petition for writ of habeas corpus, because relator's appendix is not properly redacted in accordance with the rules of appellate procedure, we **STRIKE** relator's appendix. TEX. R. APP. P. 9.4(k). We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
          JUSTICE